

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00645-CV

**IN THE MATTER OF T.A.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-JUV-02850
Honorable Carmen Kelsey, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 9, 2013.

Catherine Stone, Chief Justice